**Joana DESHIELD, Plaintiff–Appellant,**

v.

**SDH EDUCATION EAST, LLC,
d/b/a/ Sodexo, Incorporated,
Defendant–Appellee.**

No. 13–1945.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Joana Deshield, Appellant Pro Se. Kimberly Joyce Lehman, Gregory Phillip McGuire, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Raleigh, North Carolina, for Appellee.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joana Deshield appeals from the district court's order granting summary judgment for the Defendant in her employment discrimination action. Deshield's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Deshield that failure to file timely objections to the recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of noncompliance. *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir.1985); *see also Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Deshield has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we deny Deshield's motion to proceed in forma pauperis and affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

326

this court and argument would not aid the decisional process.

*AFFIRMED.*

We have independently reviewed the record and conclude that Melton has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Melton's motion for transcripts, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.